**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 404 MAL 2021

           Respondent                  :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

           v.                            :

                                     :

JESSICA KUFROVICH,                 :

                                     :

           Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.